**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**MINUTE ENTRY:**
**MARCH 18, 2026**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

**BARRY BOYD, derivatively on behalf of Cypress Wood & Lumber LLC**

**VERSUS**

**BRETT PRICE, ET AL.**

**CIVIL ACTION**

**NO. 25-778-JWD-RLB**

**MINUTE ENTRY OF SHOW CAUSE HEARING**

This matter came on this day for a show cause hearing.

PRESENT: Gregory D. Latham, Kristen Burge
**Counsel for Plaintiff**

Lee J. Ledet, Cy J. D'Aquila
**Counsel for Defendants**

Counsel presented arguments.

Exhibits were filed.

**IT IS ORDERED** that Attorneys Kristen Burge and Gregory Latham are sanctioned personally for their respective violations of Rule 11(b)(2). **By Friday, March 27, 2026, at 5:00 p.m.**, each shall pay **$2,500** to the Clerk of Court for the United States District Court for the Middle District of Louisiana. This sum shall not be counted as a litigation expense, or in any way deducted from any judgment or settlement that Plaintiff Barry Boyd may ultimately collect.

**IT IS FURTHER ORDERED** that, within one (1) year of this Order, Attorneys Kristen Burge and Gregory Latham shall each participate in a one (1) hour in-person CLE on the use of AI

in the legal profession. Each attorney shall provide this Court with a certificate of completion of this CLE no later than **March 19, 2027. The certificate shall be filed into the record, along with a copy of the CLE's course materials.**

**IT IS FURTHER ORDERED** that a show cause hearing will be held on **April 8, 2026, at 11:00 a.m.** by zoom regarding Attorney Bella Safro's conduct. On or before **March 30, 2026**, Ms. Safro shall file a brief, not to exceed ten (10) pages, addressing (a) her improper use of artificial intelligence, (b) whether the Court should impose sanctions, and (c) what those sanctions should be. Ms. Safro shall fully and correctly cite actual, relevant, still-precedential cases in support. Plaintiff's Counsel shall relay this Order to Ms. Safro, by telephone and via e-mail.

**IT IS FURTHER ORDERED** that Attorneys Kristen Burge and Gregory Latham are formally **ADMONISHED**. "Practicing law is a privilege that comes with significant responsibilities to clients, other parties, the Court, taxpayers, and society at large." *Shelton v. Chaudhry*, 763 F. Supp. 3d 675, 688 (E.D. Penn. 2025). The Court reminds Plaintiff's Counsel of their duties under Rule 11.

Signed in Baton Rouge, Louisiana, on March 18, 2026.

Cv 24b; T: 1:30
Reporter: Gina Delatte-Richard

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**